IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03129-WYD-KLM

PETER BOYD, and
CORDELIA GILLIS

      Plaintiffs,

v.

THE HOME DEPOT, INC.,

      Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Defendant's Motion for Entry of Agreed Protective Order of Confidentiality** [Docket No. 14; Filed June 26, 2012] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed Agreed Protective Order of Confidentiality is accepted with interlineations and entered contemporaneously with this Minute Order.

      Dated:  June 26, 2012