IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03129-WYD-KLM

PETER BOYD, and
CORDELIA GILLIS

    Plaintiffs,

v.

THE HOME DEPOT, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Agreed Motion to Amend Scheduling Order** [Docket No. 20; Filed October 3, 2012] (the "Motion"). The parties request a 30-day extension of the October 1, 2012 discovery deadline for the limited purpose of conducting two expert witness depositions. In addition, they request that a deadline of November 15, 2012 be imposed for filing Rule 702 motions as to each party's experts, if any.

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. The Scheduling Order entered on March 26, 2012 [#12] is modified as follows:

- Discovery Deadline      **October 31, 2012**[1]
- Rule 702 Motions Deadline      **November 15, 2011**

Dated: October 4, 2012

---

[1] As requested, the discovery deadline is extended solely for the purpose of allowing the parties additional time to depose the two expert witnesses identified in the Motion.