IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03129-WYD-KLM

PETER BOYD, and
CORDELIA GILLIS

    Plaintiffs,

v.

THE HOME DEPOT, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to Exceed the Page Limit in Defendant's Reply to Plaintiffs' Response to Motion to Strike Plaintiffs' Expert Disclosures** [Docket No. 24; Filed October 17, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. Defendant shall file as a separate document the Reply [#24-1] (with exhibits) that was submitted as an attachment to the Motion.

Dated: October 18, 2012