IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-03129-WYD-KLM

PETER BOYD and
CORDELIA GILLIS,

      Plaintiffs,

v.

THE HOME DEPOT, INC.,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant's Motion for Partial Summary Judgment (ECF No. 30) is **STRICKEN** from the record for failure to comply with my Practice Standards.  *See* Chief Judge Wiley Y. Daniel's Practice Standards at III.B.

      Additionally, Defendant's two Motions to Exclude Testimony (ECF Nos. 31 and 32) are **DENIED WITHOUT PREJUDICE** as premature.  Once this matter is scheduled for a final trial preparation conference and jury trial, the parties may file such Fed. R. Evid. 702 or *Daubert* motions.  At that point, the Court will likely set a briefing schedule and hearing on such motions.

      Dated:  November 2, 2012