IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03129-WYD-KLM

PETER BOYD, and
CORDELIA GILLIS

      Plaintiffs,

v.

THE HOME DEPOT, INC.,

      Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Unopposed Motion to Vacate Deadline** [Docket No. 35; Filed November 9, 2012] (the "Motion"). Pursuant to the parties' request, the Court previously imposed a deadline of November 15, 2012 for Rule 702 motions. [#22]. The District Judge, however, denied as premature Defendant's two recently filed Rule 702 motions, instructing the parties that they may file such motions once the case is scheduled for a final trial preparation conference and jury trial. [#33]. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**. The previously imposed deadline of November 15, 2012 for Rule 702 motions is **VACATED**.

      Dated: November 9, 2012