IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-03129-WYD-KLM

PETER BOYD and
CORDELIA GILLIS,

      Plaintiffs,

v.

THE HOME DEPOT, INC.,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      On April 3, 2013, the Defendant advised the Court that the parties are in the process of resolving this matter.  In light of this filing, dismissal documents shall be filed with the Court not later than **Friday, July 12, 2013.**  Accordingly, the Amended Motion for Summary Judgment (ECF No. 34) and the Objection to Magistrate Judge Mix's Order (ECF No. 55) are **DENIED WITHOUT PREJUDICE.**

      Dated:  April 3, 2013