IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-03129-WYD-KLM

PETER BOYD and
CORDELIA GILLIS,

    Plaintiffs,

v.

THE HOME DEPOT, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Joint Stipulation of Dismissal of all Claims (ECF No. 61), filed July 15, 2013.  After carefully reviewing the above-captioned case, I find that this matter should be dismissed with prejudice.

Accordingly, it is ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:  July 15, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge